UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DONALD E. JACOBSON**,                    Case No. 6:14-CV-00078-KI

        Plaintiff,                    JUDGMENT

   v.

**COMMISSIONER OF SOCIAL SECURITY**,

        Defendant.

   Lisa R.J. Porter
   KP Law PC
   5200 SW Meadows Rd., Suite 150
   Lake Oswego, OR 97035

       Attorney for Plaintiff

   S. Amanda Marshall
   United States Attorney
   District of Oregon
   Ronald K. Silver
   Assistant United States Attorney
   1000 SW Third Ave., Suite 600
   Portland, OR 97201-2902

Page 1 - JUDGMENT

David J. Burdett
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

  Attorneys for Defendant

KING, Judge:

  Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

  IT IS SO ORDERED.

  DATED this   12th   day of January, 2015.

         /s/ Garr M. King
         Garr M. King
         United States District Judge